IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN M. HICKOX, | No. 4:17-CV-02010 |
| Plaintiff. | (Judge Brann) |
| v. | |
| CITIZENS BANK, *et al.*, | (Magistrate Judge Carlson) |
| Defendants. | |

## ORDER

**AND NOW**, this 29th day of March 2018, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation (ECF No. 21) for clear error and manifest injustice and noting that no objections to same have been filed,[1] **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's March 5, 2018 Report and Recommendation (ECF No. 21) is **ADOPTED** in its entirety;

2. *Pro se* Plaintiff's "Motion to Dismiss" (ECF No. 20) is **GRANTED**;

3. Plaintiff's Complaint is hereby **DISMISSED** with prejudice; and

---

[1] When no objection is made to the report and recommendation of a magistrate judge, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F.Supp.2d 465, 469 (M.D.Pa. 2010) (citing *Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining judges should give some review to every report and recommendation)).

4. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge